The People of the State of New York, 
against
Roberto Melendez, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J.), rendered July 23, 2015, after a jury trial, convicting him of operating a motor vehicle while intoxicated and operating a motor vehicle while ability impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Ann E. Scherzer, J.), rendered July 23, 2015, affirmed. 
Defendant did not preserve his claim that the court erred in granting the People's challenge to excuse a prospective juror for cause (see People v Toledo, 101 AD3d 571 [2007], lv denied 21 NY3d 947 [2013]), and we decline to review it in the interest of justice. As an alternative holding, we find that the court providently exercised its discretion in granting the People's challenge for cause to a potential juror who indicated that she was "personally opinionated against police" and could not view a uniformed police officer like "any person walking down the street." The panelist revealed "opinions reflecting a state of mind likely to preclude impartial service," and although questioned further by both the court and counsel, she failed to give an unequivocal assurance that she could set aside her expressed bias and "render an impartial verdict based on the evidence" (People v Johnson, 94 NY2d 600, 614 [2000]; see People v Warrington, 28 NY3d 1116, 1119 [2016]; People v Biondo, 41 NY2d 483, 485 [1977]; People v Whitehead, 153 AD3d 1177, 1178 [2017], lv denied 30 NY3d 1110 [2018]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 27, 2019